# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CERTIFICATEHOLDERS BEAR STEARNS ALT-A TRUST 2005-7, MTG PASS-THROUGH CERTIFICATES SERIES 2005; ET AL.,
Respondents.

No. 69709

FILED

MAR 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

SFR INVESTMENTS POOL 1, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CERTIFICATEHOLDERS BEAR STEARNS ALT-A TRUST 2005-7, MTG PASS-THROUGH CERTIFICATES SERIES 2005; ET AL.,
Respondents.

No. 69710

## ORDER

These are cases that arise from an order of the district court granting summary judgment in two consolidated cases. Although appellant filed a single notice of appeal, the district court forwarded it as two separate appeals. Upon docketing these two appeals, this court issued

1606962

a notice that the filing fee was due. On February 9, 2016, appellant paid the filing fee in Docket No. 69709. On February 10, 2016, appellant filed a motion to waive the filing fee in Docket No. 69710 and to consolidate Docket No. 69710 with Docket No. 69709.

Upon review of the documents in this matter, this court concludes that these matters should have been docketed as a single case. Accordingly, the clerk of this court is directed to administratively close the appeal in Docket No. 69710 and transfer to Docket No. 69709 all documents filed or received in Docket No. 69710. No further filing fee is due.

In light of this order, the motion to consolidate is denied, as moot.

It is so ORDERED.

_____, C.J.

cc:  Hon. Jessie Elizabeth Walsh, District Judge
Kim Gilbert Ebron
Akerman LLP/Las Vegas
Eighth District Court Clerk